SAWYER SEWALL, *plaintiff in error, versus* EZEKIEL
TARBOX.

Where the plaintiff becomes nonsuit, no judgment can be rendered against
him upon an account in set-off.

ERROR, to reverse a judgment of the District Court.

The present plaintiff had brought a suit against the defend-
ant upon an account annexed to the writ. The defendant
filed an account in set-off.

The plaintiff afterwards became nonsuit, and judgment was
rendered by said Court for the balance which appeared to be
due to the defendant upon his account filed in set-off, and for
his costs.

*Gilbert,* for plaintiff.

The law of set-off is a statute provision, and no judgment
can be had under it, unless provided for by the statute. The
statute provides that judgment shall be rendered for the defend-
ant, only when a balance is found due. No balance was found
for there was no trial. R. S. chap. 115, § 46.

After the filing of the demand in set-off, the plaintiff shall
not be allowed to discontinue, unless by consent of the defend-
ant. § 48.

This is to save the defendant's rights, as he cannot have
judgment for a balance after a discontinuance.

Further, the statute distinctly recognizes the possibility of the
defendant's losing " the benefit of the set-off by nonsuit or other
act of the plaintiff." § 26. See 8 Mass. 418 ; 18 Pick. 521.

*Ingalls,* for defendant.

1. There was no error in this case. R. S. chap. 115, § 46.

2. Error cannot be assigned in this Court, for any thing which
was not objected to in the Court below. *Porter* v. *Sherburne,*
8 Shepl. 258 ; U. S. Dig. Sup. Error, 132, 133, 134, 135.

If there was error in the Court below, in rendering judgment
for the balance of debt due the defendant, the Court will
reverse the judgment only as to such balance, and affirm it as
to the costs. *Nelson* v. *Andrews,* 2 Mass. 164 ; *Waite* v.

*Garland,* 7 *ib.* 453; *Cummings* v. *Pruden,* 11 *ib.* 206; *Symonds* v. *Kimball,* 3 *ib.* 299.

WELLS, J. orally. — Where the plaintiff becomes nonsuit, a balance of an account in set-off cannot be allowed. The whole of the statute provisions must be taken into consideration, and they do not authorize such a judgment. As to the allowance of the set-off, the

<div style="text-align:center">

*Judgment is reversed, but not as to costs.*